IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT GATTIS, individually and on behalf of all others similarly situated, Plaintiff, vs. PERRY PHELPS, Warden, Delaware Correctional Center (DCC); JAMES SCARBOROUGH, Major, DCC; KAREN HAWKINS, Staff Lieutenant, DCC; WILFORD BECKLES, Sergeant, DCC, Defendants. | 08-154 _____ Case Number CIVIL COMPLAINT |

AFFIDAVIT OF ROBERT GATTIS

I, Robert Gattis, declare the following statements are made under the penalty of perjury:

1. That I am Robert Gattis, plaintiff of the above-captioned action, SBI#188752, SHU-Bldg. 18, Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977;

2. That the statements within the Complaint are true and correct according to the best information, knowledge and belief;

3. That the Exibits to Plaintiff's Motion for Preliminary Injunction and Consolidated Memorandum of Law are true and correct copies of the original of said documents accord-

ing to my best information, knowledge and belief;

4. That the foregoing statements are being made voluntarily, without any form of duress, and without promise of remuneration of any kind;

5. That the foregoing statements are true and correct.

SIGNED AND SWORN TO UNDER THE
PENALTY OF PERJURY AND WITNESSED
BY THE UNDERSIGNED NOTARY PUBLIC.

*[signature]*
Robert Gethis, plaintiff, pro se
SBI #188752   Bldg. 18
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dated: 3-10-08

*[signature]*
Notary

Brian D. Engrem
Notary Public, State of Delaware
My Commission Expires June 14, 2008

2