IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROBERT GATTIS, individually and on behalf of all others similarly situated,
    Plaintiff,
vs.
PERRY PHELPS, Warden, Delaware Correctional Center (DCC);
JAMES SCARBOROUGH, Major, DCC;
KAREN HAWKINS, Staff Lieutenant, DCC;
WILFORD BECKLES, Sergeant, DCC,
    Defendants.

Case Number _____

CIVIL COMPLAINT

NOTICE OF MOTION FOR APPOINTMENT OF COUNSEL PURSUANT TO 28 U.S.C. §1915(d)

PLEASE TAKE NOTICE that the attached Motion for Appointment of Counsel pursuant to 28 U.S.C. §1915(d) will be presented at the Court's earliest convenience.

Dated: March 10, 2008

Robert Gattis
SBI #188752   Bldg. 18
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT GATTIS, individually and on behalf of all others similarly situated, Plaintiff, vs. PERRY PHELPS, Warden, Delaware Correctional Center (DCC); JAMES SCARBOROUGH, Major, DCC; KAREN HAWKINS, Staff Lieutenant, DCC; WILFORD BECKLES, Sergeant, DCC, Defendants. | Case Number _____ CIVIL COMPLAINT |

MOTION FOR APPOINTMENT OF COUNSEL
PURSUANT TO 28 U.S.C. §1915(d)

COMES NOW, the Plaintiff, Robert Gattis, pro se, who moves this Court to exercise its discretionary authority under 28 U.S.C. §1915(d) to request an attorney to represent him. In support of this motion, Plaintiff states the following:

1. Plaintiff is indigent. He has previously been declared indigent by the Delaware Superior and Supreme Courts, this Court and the Third Circuit Court of Appeals throughout his criminal appeals. Plaintiff has moved this Court for leave to proceed in forma pauperis in conjunction with the present §1983

Complaint.

2. Plaintiff has been incarcerated since May 1990. Plaintiff has been unemployed during his incarceration and without the financial resources necessary to retain counsel on his own behalf.

3. Plaintiff's ability to present his case is hampered by his minimal education, lack of litigation experience and the restraints manifest from the conditions of his confinement in Security Housing Unit (SHU).

4. In his Complaint, Plaintiff asserts violations of his First, Eighth, and Fourteenth Amendment rights under the United States Constitution. The presentation of the legal issues and related discovery matters are complex and may require trained knowledge. Plaintiff's confinement status will further complicate his efforts to conduct legal research in a timely fashion.

5. Plaintiff is unable to pursue the necessary factual investigation because he is confined in SHU. Plaintiff's confinement conditions create extraordinary limitations on his ability to conduct a reasonable factual investigation. The restrictive conditions of SHU also make it difficult to follow the complex rules of discovery.

6. Plaintiff believes that expert testimony will be necessary to the advancement of his claims. The assistance of expert testimony is believed to be essential to the development of certain elements of the claims raised within the Complaint.

Respectfully Submitted,

_____
Robert Gattis
SBI #188752   Bldg. 18
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dated: March 10, 2008

# CERTIFICATE OF SERVICE

I, Robert Gattis, hereby certify that on this day of _____ I served the within upon the following by United States mail postage paid.

Delaware Department of Justice
820 North French Street, 7th Fl.
Wilmington, DE 19801

Dated: March 10, 2008        _____
                              Robert Gattis
                              SBI# 188752 - Bldg. 18
                              Delaware Correctional Center
                              1181 Paddock Road
                              Smyrna, DE 19977