COPY

08-154 JJF

Robert Gattis
SBI #188752 — Bldg. 18
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

March 25, 2008

Peter T. Dalleo, Clerk
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

RE: Gattis v. Phelps, and others. Civil Action No. 08-154.

Dear Mr. Dalleo:

In reviewing the documents submitted with the Court on March 18, 2008, I noticed that three (3) documents included within "Exhibits to Plaintiff's Motion for Preliminary Injunction and Consolidated Memorandum of Law" reflect only the face side of the two-sided documents.

Enclosed, please find two (2) true and correct copies of each inmate grievance under "Exhibit 1" for the corresponding dates as replacements.

I sincerely apologize for any inconvenience caused by my oversight.

Sincerely,

Robert Gattis, pro se

Enclosures
CC: Delaware Department of Justice
File

FILED
APR - 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Robert Gattis
SBI #188752 - Bldg. 18
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

March 25, 2008

Delaware Department of Justice
820 North French Street, 7th Floor
Wilmington, DE 19801

RE: Gattis v. Phelps, and others. Civil Action No. 08-154

To Whom it may concern:

Enclosed, please find one (1) true and correct copy of each inmate grievance found within "Exhibits to Plaintiff's Motion for Preliminary Injunction and Consolidated Memorandum of Law" under "Exhibit 1" for the corresponding dates. The enclosed are replacements, due to the pre-existing exhibits' failure to reflect both sides of the documents.

I sincerely apologize for any inconvenience my oversight has caused your office.

Sincerely,

Robert Gattis, pro se

Enclosures
cc: Mr. Peter T. Dalleo, Clerk of the Court
File

**FORM #584**

**GRIEVANCE FORM**

FACILITY: Del. Correctional Center DATE: June 25, 2007

GRIEVANT'S NAME: Robert Gattis SBI#: 188752

CASE#: 126883 TIME OF INCIDENT: N/A

HOUSING UNIT: SHU - Bldg. 18

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

Currently I am housed in SHU building 18 ~~tier~~-A and confined under policies virtually indistinguishable from those inmates housed in SHU for disciplinary administrative segregation. In the Inmate Housing Rules For Maximum Security At Delaware Correctional Center, there is only a single distinction made for "death penalty" inmates. That distinction is under Section XXIII Commissary, which includes listings of four (4) quality of life levels (1-4); death penalty; protective custody; and detentioners. Consequently, "death penalty" inmates are confined under conditions in violation of the U.S. Constitution.

ACTION REQUESTED BY GRIEVANT: That the Inmate Housing Rules be modified to provide "death penalty" inmates housed in administrative non-disciplinary segregation with privileges necessary to bring their confinement into constitutional compliance.

GRIEVANT'S SIGNATURE: [signature] DATE: June 25, 2007

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

RECEIVED
JUN 27 2007
... Grievance Office

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:____________________ DATE:____________

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
GRIEVANT

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

## Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_______ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_______ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed. _____ Disciplinary Action _____ Parole Decision _____ Classification Action

_______ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_______ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance #_______________.

_______ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_______ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_______ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

DCC IS OPERATING WITHIN STATE AND FEDERAL GUIDELINES.

Cpl. M. [illegible signature]
Inmate Grievance Chairperson

7/4/07
Date

117

Form#: 584 (F&B)
(Reverse Revised July '99)

A 11

FORM #584

GRIEVANCE FORM

FACILITY: Del. Corr. Center DATE: August 21, 2007

GRIEVANT'S NAME: Robert Gattis SBI#: 188752

CASE#: 139835 TIME OF INCIDENT: On Going

HOUSING UNIT: Bldg. 18

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

The institution's policy prohibiting sexually explicit publications, as stated in the Inmate Housing Rules, p. 6, dated June 8, 2005 violates my First Amendment right under the United States Constitution and Department of Correction's (DOC) Policy for Incoming Publications. According to DOC Policy 4.5 a publication may be rejected by the Warden "only if it is determined detrimental to the security, good order, or discipline of the institution or if it might facilitate criminal activity." My possession of these publications will not threaten the security, good order, or discipline of the institution, nor facilitate any criminal activity.

ACTION REQUESTED BY GRIEVANT: That I be permitted to exercise my First Amendment right to receive sexually explicit publications.

GRIEVANT'S SIGNATURE: [signature] DATE: August 21, 2007

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

RECEIVED
AUG 22 2007
Inmate Grievance Office

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:________________ DATE:________________

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
GRIEVANT

Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

______ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

______ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed. _____Disciplinary Action _____Parole Decision _____Classification Action

______ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

______ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance #______________.

______ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

______ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

______ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

PROCEDURE 4.5 ALSO PROHIBITS SEXUALLY EXPLICIT MATERIAL

Cpl. M [signature]
Inmate Grievance Chairperson

8/27/07
Date

Form#: 584 (F&B)
(Reverse Revised July '99)

A11

FORM #584

GRIEVANCE FORM

FACILITY: Del. Correc. Center

DATE: December 22, 2007 / Originally Submitted October 5, 2007

GRIEVANT'S NAME: Robert Gattis

SBI#: 188752

CASE#: 147746

TIME OF INCIDENT: ______

HOUSING UNIT: SHU Bldg. 18

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On October 3, 2007, S/Lt. Hawkins posted a memorandum authorizing building 18 staff to compel A-tier inmates to recreate using the indoor recreation areas when the outside yards are occupied. The practical effect of this change will serve to limit the number of opportunities for outdoor recreation each week. The Housing Rules for Maximum Security, June 8, 2005, at page 11, provides that exercise periods be at least 3 days per week and that the yard may be utilized during fair weather. Furthermore, the United States Constitution requires that I receive at least one hour of exercise five days per week. On October 5, 2007 I addressed the change with S/Lt. Hawkins on A-tier, building 18.

ACTION REQUESTED BY GRIEVANT: That S/Lt. Hawkins' change be found to violate the applicable Housing Rule and that inmates housed on A-tier, building 18 receive exercise in accord with the U.S. Constitution.

GRIEVANT'S SIGNATURE: [signature] DATE: December 22, 2007

WAS AN INFORMAL RESOLUTION ACCEPTED? ______(YES) ______(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

RECEIVED DEC 26 2007 IM GRIEVANCE OFFICE

GRIEVANT'S SIGNATURE: ______ DATE: ______

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
GRIEVANT

Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_______ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_______ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed. _____Disciplinary Action _____Parole Decision _____Classification Action

__✓__ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_______ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance #______________.

_______ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_______ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_______ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

DR. HAWKINS IS FOLLOWING PROCEDURE

Cpl M [signature]
Inmate Grievance Chairperson

12/3/07
Date

Form#: 584 (F&B)
(Reverse Revised July '99)

**FORM #584**

**GRIEVANCE FORM**

FACILITY: Del. Correctional Center DATE: June 25, 2007

GRIEVANT'S NAME: Robert Gattis SBI#: 188752

CASE#: 126883 TIME OF INCIDENT: N/A

HOUSING UNIT: SHU - Bldg. 18

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

Currently I am housed in SHU building 18 tier-A and confined under policies virtually indistinguishable from those inmates housed in SHU for disciplinary administrative segregation. In the Inmate Housing Rules For Maximum Security At Delaware Correctional Center, there is only a single distinction made for "death penalty" inmates. That distinction is under Section XXIII Commissary, which includes listings of four (4) quality of life levels (1-4); death penalty; protective custody; and detentioners. Consequently, "death penalty" inmates are confined under conditions in violation of the U.S. Constitution.

ACTION REQUESTED BY GRIEVANT: That the Inmate Housing Rules be modified to provide "death penalty" inmates housed in administrative non-disciplinary segregation with privileges necessary to bring their confinement into constitutional compliance.

GRIEVANT'S SIGNATURE: [signature] DATE: June 25, 2007

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

RECEIVED
JUN 27 2007
Grievance Office

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:____________ DATE:____________

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
GRIEVANT

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

## Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_______ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_______ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed. _____Disciplinary Action _____Parole Decision _____Classification Action

_______ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_______ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance #_______________.

_______ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_______ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_______ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

DCC IS OPERATING WITHIN STATE AND FEDERAL GUIDELINES.

[signature]
Inmate Grievance Chairperson

7/4/07
Date

117

Form#: 584 (F&B)
(Reverse Revised July '99)

A 11

**FORM #584**

**GRIEVANCE FORM**

FACILITY: Del. Corr. Center

DATE: August 21, 2007

GRIEVANT'S NAME: Robert Gattis

SBI#: 188752

CASE#: 139835

TIME OF INCIDENT: On Going

HOUSING UNIT: Bldg. 18

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

The institution's policy prohibiting sexually explicit publications, as stated in the Inmate Housing Rules, p. 6, dated June 8, 2005 violates my First Amendment right under the United States Constitution and Department of Correction's (DOC) Policy for Incoming Publications. According to DOC Policy 4.5 a publication may be rejected by the Warden "only if it is determined detrimental to the security, good order, or discipline of the institution or if it might facilitate criminal activity." My possession of these publications will not threaten the security, good order, or discipline of the institution, nor facilitate any criminal activity.

ACTION REQUESTED BY GRIEVANT: That I be permitted to exercise my First Amendment right to receive sexually explicit publications.

GRIEVANT'S SIGNATURE: [signature] DATE: August 21, 2007

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

RECEIVED
AUG 22 2007
Inmate Grievance Office

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_______________ DATE:_______________

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

**cc: INSTITUTION FILE**
**GRIEVANT**

Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_______ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_______ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed: _____Disciplinary Action _____Parole Decision _____Classification Action

_______ Request. Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_______ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance #_______________.

_______ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_______ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_______ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

PROCEDURE 4.5 ALSO PROHIBITS SEXUALLY EXPLICIT MATERIAL

Cpl. M [signature]
Inmate Grievance Chairperson

8/27/07
Date

Form#: 584 (F&B)
(Reverse Revised July '99)

A L11

**FORM #584**

**GRIEVANCE FORM**

FACILITY: Del. Correc. Center

DATE: December 22, 2007 / Originally Submitted October 5, 2007

GRIEVANT'S NAME: Robert Gattis

SBI#: 188752

CASE#: 147746

TIME OF INCIDENT: ______

HOUSING UNIT: SHU Bldg. 18

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On October 3, 2007, S/Lt. Hawkins posted a memorandum authorizing building 18 staff to compel A-tier inmates to recreate using the indoor recreation areas when the outside yards are occupied. The practical effect of this change will serve to limit the number of opportunities for outdoor recreation each week. The Housing Rules for Maximum Security, June 8, 2005, at page 11, provides that exercise periods be at least 3 days per week and that the yard may be utilized during fair weather. Furthermore, the United States Constitution requires that I receive at least one hour of exercise five days per week. On October 5, 2007 I addressed the change with S/Lt. Hawkins on A-tier, building 18.

ACTION REQUESTED BY GRIEVANT: That S/Lt. Hawkins' change be found to violate the applicable Housing Rule and that inmates housed on A-tier, building 18 receive exercise in accord with the U.S. Constitution.

GRIEVANT'S SIGNATURE: [signature] DATE: December 22, 2007

WAS AN INFORMAL RESOLUTION ACCEPTED? ______(YES) ______(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: ______ DATE: ______

RECEIVED DEC 26 2007 IM GRIEVANCE OFFICE

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: **INSTITUTION FILE**
**GRIEVANT**

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

## Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_______ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_______ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed. _____Disciplinary Action _____Parole Decision _____Classification Action

___✓___ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_______ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance #_______________.

_______ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_______ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_______ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

LT. HAWKINS IS FOLLOWING PROCEDURE

Cpl M [signature]
Inmate Grievance Chairperson

12/31/07
Date

Form#: 584 (F&B)
(Reverse Revised July '99)

I/M Robert Gattis
SBI# 188752 UNIT Bldg, 18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
31 MAR 2008 PM 3 T




U.S.M.
X-R

Mr. Peter T. Dalleo, Clerk
Office of the Clerk
United States District Court
844 North King Street, Lock Box 18
Wilmington, DE 19801-3570

19801+3519