Robert Gattis
SBI #188752 - Bldg. 18
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

April 22, 2008

Peter T. Dalleo, Clerk
Delaware District Court
844 King Street
Wilmington, DE 19801

RE: <u>Gattis v. Phelps</u> et al., C.A. No. 08-cv-00154 JJF

Dear Mr. Dalleo:

I believe I have mistakenly forwarded the Court's order granting Motion to Proceed In Forma Pauperis and attached payment authorization to Mrs. Tonya Smith, Support Services, Delaware Correctional Center.

The deadline for compliance is set for April 29, 2008. I am currently preparing a Motion for extension of time for the Court's consideration. However, I would like to request another payment authorization which will be returned to your office.

Sincerely,
Robert Gattis



FILED
APR 24 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BP scanned

I/M Robert Gattis
SBI# 188752 UNIT Bldg. 18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
23 APR 2008 PM 2 T

S.M.S.
X-RAY

Mr. Peter T. Dalleo, Clerk
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801