Robert Gattis
SBI #188752 - Bldg. 18
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

April 24, 2008

Peter T. Dalleo, Clerk
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801



RE: Gattis v. Phelps, et al., Civil Action No. 08-154-JJF

Dear Mr. Dalleo:

Enclosed, please find a new payment authorization and Motion for Extension of Time.

I received a new payment authorization today and hope you receive it before the April 29, 2008 compliance deadline. Should you not receive it before the compliance deadline, I have included for the Court's consideration.

Thank you for your time and consideration in this very important matter.

Very Sincerely,
Robert Gattis, pro se



I/M Robert Gettis
SBI# 188752 UNIT Bldg. 18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Peter T. Dalleo, Clerk
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801