IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
APR 2 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ROBERT GATTIS,

   Plaintiff,

v.

PERRY PHELPS, et al.,

   Defendants.

CIVIL ACTION NO.

08-CV-154-JJF

## MOTION FOR EXTENTION OF TIME

COMES NOW the plaintiff, Robert Gattis, pro se, who moves this Court for an order pursuant to Rule 6 of the Federal Rules of Civil Procedure extending the time in which he must return the payment authorization attached to the Court's order granting Motion to Proceed In Forma Pauperis, dated March 27, 2008. In support of this motion, plaintiff submits the following:

1. On March 29, 2008, plaintiff received and forwarded the Court's March 27, 2008 order and attached payment authorization to Mrs. Tonya Smith, Support Services, Delaware Correctional Center.

2. On April 18, 2008, plaintiff wrote Mrs. Smith inquiring about her receipt of the order, payment authorization and absence of a deduction from plaintiff's account for the initial partial filling fee. As of April 22, 2008, plaintiff has not receiv-

ed a response from Mrs. Smith.

3. Plaintiff now believes he was mistaken when he forwarded the order and payment authorization to Mrs. Smith.

4. Plaintiff wrote Mr. Peter T. Dalleo, Clerk, United States District Court for the District of Delaware on April 22, 2008, explain the error and requesting a new payment authorization to be returned to his office.

5. This is plaintiff's first request for an extention of time in this case.

WHEREFORE, plaintiff prays that he be granted an extention of time to submit a new payment authorization.

Date: April 24, 2008

Robert Gattis
SBI# 188752 — Bldg. 18
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

# CERTIFICATE OF SERVICE

I, Robert Gattis, hereby certify that on this 25th day of April, 2008, I served the within upon the following by United States mail postage paid.

Delaware Department of Justice
820 North French Street, 7th Fl.
Wilmington, DE 19801

Dated: April 25, 2008

Robert Gattis
SBI# 188752 - Bldg. 18
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977