Robert Gattis
SBI #188252 — Bldg. 28
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

June 13, 2008

Peter T. Dalleo, Clerk
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

RE: Gattis v. Phelps, et al., C.A. No. 08-154 JJF

Dear Mr. Dalleo:

Enclosed, please find for the Court's consideration the original and one copy each of the following documents: a) Plaintiff's Motion to Amend Complaint; and b) Plaintiff's Motion for Order to Show-Cause.

Thank you for your time and assistance in this regard.

Very Sincerely,
Robert Gattis, pro se


FILED
JUN 16 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Robert Gattis
SBI# 188752   UNIT Bldg. 18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE  19977



Peter T. Dalleo, Clerk
United States District Court
844 King Street
Wilmington, DE
    19801

19801+3519