IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROBERT GATTIS,

    Plaintiff,

v.

PERRY PHELPS, et al.,

    Defendants.

CIVIL ACTION NO.
08-CV-154-JJF



FILED JUN 16 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## PLAINTIFF'S MOTION TO AMEND COMPLAINT PURSUANT TO RULE 15

Plaintiff amends his Complaint pursuant to 42 U.S.C.A. §1983 to include the following:

### PARTY.

1. Defendant, Carol Powell, is Support Services Officer, Delaware Correctional Center, 1181 Paddock Road, Smyrna, Delaware 19977, were the constitutional violation has occurred. She is responsible for the constitutional violation alleged herein.

### FACTS.

#### A. Fourteenth Amendment

2. On January 5, 2008, the Delaware Correctional Center (DCC) Mailroom received two January 2008 periodical publications addressed to Appellant. One magazine, "Ebony," was approved by the mailroom and delivered to Plaintiff. The

other magazine, "Playboy," was forwarded to the Office of the Warden for review.

3. On February 4, 2008, Plaintiff received notification from Defendant Powell that the "Playboy" magazine had been rejected on February 1, 2008. Plaintiff immediately completed the attached Appeal Form and forwarded it inside the provided envelope to the Warden's office.

4. On February 15, 2008, Plaintiff received Warden Phelps' February 13, 2008 denial of the February 4th appeal. As indicated within the February 4th appeal, Plaintiff instantly filed an inmate grievance regarding the rejection and subsequent appeal denial.

5. On February 19, 2008, Plaintiff received a Rejected Publication Return Form indicating that Plaintiff's January 2008 "Playboy" magazine had been returned to the <u>Ninth Street Book Shop</u> because "the Department [had] not received an appeal" within the 20-day period for doing so. Plaintiff filed a grievance regarding the premature return of the "Playboy" magazine. (It was necessary that the February 19th grievance be resubmitted on March 15, 2008.)

6. On March 26, 2008, Plaintiff filed a civil rights Complaint pursuant to 42 U.S.C.A. § 1983 (the present action). Among the claims is a challenge to the applicability of Delaware Department of Correction (DOC) Policy 4.5.

7. On April 11, 2008, Plaintiff filed a replevin action against Defendant Powell for the return of the "Playboy" magazine or the $6.99 value of the magazine. Plaintiff also made application to proceed in forma pauperis.

8. On May 15, 2008, the Justice of the Peace Court approved Plaintiff's request to proceed in forma pauperis. After reviewing Plaintiff's Complaint, the Court found it factually frivolous under 10 Del. C. §8803(b) stating Plaintiff lack a "protectable property interest" it dismissed the action with prejudice. No appeal from the Justice of the Peace Court was taken.

## CLAIM.

9. That the premature return of Plaintiff's January 2008 "Playboy" magazine denied him post-deprivation due process provided within DOC Policy 4.5 and in violation of his rights under the Fourteenth Amendment of the United States Constitution.

## REQUEST FOR RELIEF.

A. That the Court enter a judgment declaring the act of prematurely returning Plaintiff's January 2008 "Playboy" to violate the post-deprivation procedures of DOC Policy 4.5 and right to due process under the Fourteenth Amendment of the United States Constitution.

B. That the Court award reimbursement by Defendant Powell.

C. That the Court award nominal damages to Plaintiff.

D. That the Court award punitive damages.

E. That the Court grant any such other relief as it deems appropriate.

Date: June 13, 2008

Robert Gattis, pro se
SBI #188752 — Bldg. 18
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware, 19977