IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT GATTIS, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. |
| PERRY PHELPS, et al., | 08-CV-154-JJF |
| Defendants. | |

FILED JUN 16 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

PLAINTIFF'S MOTION FOR ORDER TO SHOW-CAUSE

COMES NOW, the Plaintiff, Robert Gattis, pro se, who moves this Court for an order to Show-Cause why, pursuant to the Court's March 27, 2008 Order, "the Warden or other appropriate official ... deduct the $14.84 initial partial filing fee from the plaintiff's trust account ... and forward that amount to the Clerk of the Court." Id. at 3. In support of this motion, Plaintiff submits the following:

1. The Court Docket indicates that a copy of the assessment order and authorization form to the prison business office on April 29, 2008. (D.I. 11).

2. Since April 29, 2008, Plaintiff's inmate trust account balance has not been below $15.12.

3. Plaintiff continues to suffer the constitutional violations alleged within his original Complaint.

4. Plaintiff is a death penalty prisoner for whom time may be considered invaluable.

WHEREFORE, Plaintiff prays this Court will issue an order to Show-Cause requiring the Warden or other appropriate official to give formal reason(s) why the initial partial filling fee of $14.84 has not been deducted from Plaintiff's inmate trust account.

Date: June 13, 2008

*(signature)*

Robert Gattis, pro se
SBI# 188752 - Bldg. 18
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977