Robert Gattis
SBI #188752 - Bldg. 18
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

June 12, 2008

Peter T. Dalleo, Clerk
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

RE: Gattis v. Phelps, and others, Civil Action no. 08-154

Dear Mr. Dalleo;

On May 21, 2008, the amount of $14.84 was deducted from my inmate trust account and forwarded to your office. To date, I have not received notice of your offices receipt of this initial partial payment.

I would greatly appreciate any information you may be able to provide in this regard.

Sincerely,
Robert Gattis



* No Response Required   Rec# 152322 Mailed 6/13/08 - Bob

I/M Robert Griffis
SBI# 1287152  UNIT B Upper L8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
13 JUN 2008 PM 1 T

U.S.M.S. X-RAY

Mr. Peter T. Dalleo, Clerk
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801