IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT GATTIS, | : | |
|     Plaintiff, | : | |
| v. | : | Civil Action No. 08-154-JJF |
| WARDEN PERRY PHELPS, DELAWARE CORRECTIONAL CENTER, MAJOR DCC JAMES SCARBOROUGH, STAFF LIEUTENANT DCC KAREN HAWKINS, SERGEANT DCC WILFORD BECKLES, and CAROL POWELL, | : | |
|     Defendants. | : | |

### ORDER

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1).

2. Plaintiff's Motion For Temporary Restraining Order is **DENIED**. (D.I. 3.)

3. Plaintiff's Motion To Appoint Counsel is **DENIED**. (D.I. 5.)

4. Plaintiff's Motion For Extension of Time is **DENIED** as **moot**. (D.I. 12.)

5. Plaintiff's Motion For Order To Show Cause is **DENIED** as **moot**. (D.I. 15.)

__7-1-08__
DATE

_____
UNITED STATES DISTRICT JUDGE