Robert Gattis
SBI# 188752 — Bldg. 18
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

July 13, 2008

Peter T. Dalleo, Clerk
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

RE: <u>Gattis v. Phelps</u>, et. al., C.A. No. 08-CV-154 JJF

Dear Mr. Dalleo:

Enclosed, please find for the Court the original and one copy, and one copy for each defendant the Notice of Appeal from the Court's Order of dismissal in the above referenced action dated July 1, 2008.

Thank you for your time and consideration in this matter.

Very Sincerely,

Robert Gattis

W/Enclosers



FILED
JUL 15 2008
U.S. DIST...

I/M Robert Gattis
SBI# 188752   UNIT Bldg. 18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Mr. Peter T. Dalleo, Clerk
Office of the Clerk
United States District Court
844 King Street
Wilmington, DE 19801-3570