IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT GATTIS, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. |
| PERRY PHELPS, et al., | : | 08-CV-154-JJF |
| Defendants. | : | |

### NOTICE OF APPEAL

NOTICE is hereby given that Robert Gattis, plaintiff, pro se, hereby appeals to the United States Court of Appeals for the Third Circuit from the dismissal of his civil rights Complaint pursuant to 42 U.S.C. § 1983, as well as the Court's Order denying Motions For Temporary Restraining Order And Preliminary Injunction and To Appoint Counsel by Order of the Court dated July 1, 2008 in the United States District Court for the District of Delaware in Civil Action No. 08-CV-154 JJF.

DATE: July 11, 2008

Robert Gattis
SBI # 188752 — Bldg. 18
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Plaintiff, pro se.



FILED
JUL 1 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE